# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 14, 2018

158687

DEBORAH K. McMICHAEL, Conservator
of MARY ANN McMICHAEL, LIP,
      Plaintiff-Appellee,

v

SPECTRUM HEALTH HOSPITALS,
      Defendant-Appellant,
and

WEST MICHIGAN ANESTHESIA, PC, and
DAVID P. HEJNA, MD,
      Defendants.
_____/

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

SC: 158687
COA: 342843
Kent CC: 17-001653-NH

On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 14, 2018



Clerk